15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

McCRORY CORPORATION           *

    VS                        *    C.A. NO. B91 209
                                                                     (636(c))

CARLOS PASOL, ET AL            *

## ORDER SETTING CONFERENCE

The above-captioned and numbered cause of action is hereby set for a status conference on Tuesday, August 11, 1998, at 9:30 am.

DONE at Brownsville, Texas, this 24 day of July, 1998.

Fidencio G. Garza, Jr
United States Magistrate Judge
3rd Floor Courtroom
1001 E. Elizabeth
Brownsville, TX 78520