17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

McCRORY CORPORATION          \*
                             \*
        VS                   \*    C.A. NO. B91 209
                             \*         (636(c))
CARLOS PASOL, ET AL          \*

## ORDER OF DISMISSAL

This is a declaratory judgment cause of action filed by Plaintiff McCRORY CORPORATION regarding its lease of a store in Brownsville, Texas. Subsequent to the filing of this lawsuit, Plaintiff filed a Chapter 11 bankruptcy is the Southern District of New York. The parties have executed a 636(c) consent to proceed before the undersigned Magistrate Judge.

In an effort to clear this Court's docket, a telephonic status conference was held on August 11, 1998. At that time this Court learned that the McCRORY CORPORATION's bankruptcy case had been dismissed on October 6, 1997.

Upon reconsidering the Bankruptcy Court's ruling in light of the claims and counterclaims asserted in the above-styled and

numbered proceedings, this Court is of the opinion that all the claims and counterclaims are either moot or barred by the Bankruptcy Court bar date.

Because of the foregoing, this Court is of the opinion that the present cause of action should be dismissed. It is hereby **ORDERED** that this cause of action be **DISMISSED**.

DONE at Brownsville, Texas, this 24th day of August, 1998.

Fidencio G. Garza, Jr.
United States Magistrate Judge

ClibPDF - www.fastio.com